## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN BRISCOE, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 19-cv-00029-SDD-EWD |
| JAMES LeBLANC, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING CONSENT MOTION TO DISMISS TIMOTHY HOOPER AND JAMES LEBLANC

Having duly considered Plaintiff's *Consent Motion to Dismiss Timothy Hooper and James LeBlanc* and the arguments regarding it, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants LeBlanc and Hooper in their official capacity are dismissed with prejudice, each side to bear their own costs and fees.

Furthermore, Defendants' motion to dismiss (R. Doc. 19) is hereby denied as moot.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 26th day of June, 2019.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**