**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| SHAWN BRISCOE | ) |
| Plaintiff, | ) Case No. 19-cv-00029-SDD-EWD |
| v. | ) |
| JAMES LeBLANC, *et al.* | ) |
| Defendants. | ) |

**ORDER**

Considering the foregoing *Notice of Unopposed Voluntary Dismissal of Kendale Williams*,

IT IS HEREBY ORDERED that Kendale Williams be dismissed without prejudice, all parties to bear their own costs and fees.

Signed in Baton Rouge, Louisiana the 17th day of January, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**