# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN BRISCOE | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, et al. | NO. 19-29-SDD-SDJ |

## ORDER

Before the Court is a Motion to Stay Discovery (R. Doc. 47) filed by Defendant Dallas Stewart ("Stewart") and joined by Plaintiff.[1] Plaintiff currently is an inmate at Jefferson Parish Correctional Center ("JPCC").[2] Per counsel, due to the COVID-19 pandemic, JPCC is not allowing in-person depositions of inmates to be taken.[3] However, JPCC also "does not currently have a sufficient videoconferencing system to allow for a remote deposition."[4] Plaintiff has an upcoming criminal trial in an unrelated matter, currently scheduled for November 30, 2020, though counsel does not know whether it will be continued because of the COVID-19 pandemic.[5] JPCC personnel have informed counsel that the Parties will need to wait to take Plaintiff's deposition until he is released from JPCC following his trial, whether by acquittal or transfer to another Department of Corrections facility.[6]

Defendant Stewart, joined by Plaintiff, therefore seeks a temporary stay of discovery for six (6) months or for thirty (30) days following "Plaintiff's release from JPCC and/or transfer to another facility pending the outcome of his criminal trial, whichever occurs first."[7] Stewart also

---

[1] R. Doc. 47 at 2 ¶ 8.
[2] *Id.* at 1 ¶ 1. Plaintiff is inmate No. 137596 at JPCC. *Id.*
[3] *Id.* at 1 ¶ 2.
[4] *Id.*
[5] *Id.* at 1-2 ¶¶ 3-4.
[6] *Id.* at 1 ¶ 3.
[7] *Id.* at 2 ¶ 5.

seeks a continuance of all other pretrial deadlines set forth in the Scheduling Order (R. Docs. 41 and 46).

The Court finds the relief here requested is warranted. *See Eustice v. State of La. Through Bd. of Supervisors of La. State Univ.& Agric. & Mech. College*, No. 18-1008, 2020 WL 210803, at *2 (M.D. La. Jan. 14, 2020) ("A district court has inherent power to control the disposition of the cases on its docket, and this includes wide discretion to grant a stay in a pending matter.") (citations omitted). Accordingly,

**IT IS ORDERED** that the Motion to Stay Discovery (R. Doc. 47) filed by Defendant Dallas Stewart is **GRANTED** and that all discovery in this matter is hereby **STAYED** for six (6) months or for thirty (30) days following Plaintiff's release or transfer from JPCC, whichever occurs first.

**IT IS FURTHER ORDERED** that all other pending pretrial deadlines are hereby **CONTINUED** without date.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the conclusion of Plaintiff's pending criminal trial, the Parties will file a Joint Status Report setting forth, *inter alia*, revised proposed discovery and other pretrial deadlines.

**IT IS FURTHER ORDERED** that, if the criminal trial against Plaintiff has not concluded at the expiration of (six) 6 months from the date of this Order, defense counsel shall advise the Court in writing of the status of said criminal trial.

Signed in Baton Rouge, Louisiana, on November 2, 2020.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**