UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN BRISCOE, | * | |
| *Plaintiff* | * | Civil Action No. 19-00029 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| JAMES LeBLANC, TIMOTHY | * | MAGISTRATE JUDGE |
| HOOPER, DALLAS STEWART, | * | ERIN WILDER-DOOMS |
| AND KENDALA WILLIAMS | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>Memorandum in Support of Joint Motion to Stay Discovery and Other Deadlines</u>

**COMES NOW**, through the undersigned counsel, comes Plaintiff, Shawn Briscoe, and defendant, Dallas Stewart, who in support of the Joint Motion to Stay Discovery and Other Deadlines, submits as follows:

Plaintiff, inmate Shawn Briscoe (JPCC No. 137596), is presently incarcerated at the Jefferson Parish Correctional Center ("JPCC"). Due to the current coronavirus pandemic, JPCC is not, at this time, permitting for in person depositions and also does not currently have a sufficient videoconferencing system to allow for a remote deposition. Plaintiff is awaiting a criminal trial on an unrelated matter, and JPCC personnel informed undersigned counsel that the parties would need to wait until Plaintiff is released from JPCC after the criminal trial, whether that be an acquittal or moved to a different Department of Corrections facility. Plaintiff's unrelated criminal trial is currently set for September 20, 2021.

The parties therefore respectfully request that this Court enter a stay temporarily staying discovery and other deadlines for a period of six (6) months, or within thirty (30) days of Plaintiff's release from JPCC and/or transfer to another facility pending the outcome of his criminal trial, whichever occurs first. The parties further respectfully request that all remaining dates and deadlines established in the current Scheduling Order at Record Document 41 and as modified at Record

Document 46 be continued with a new Scheduling Order to issue pursuant to a revised Joint Status Report to be submitted by the parties within fourteen (14) days of the conclusion of Plaintiff's criminal trial, whether such trial begins on September 20, 2021 or at a later date.

This motion is being brought jointly by the parties, and both parties agree that it is in the interest of all parties and judicial economy to stay discovery and continued remaining deadlines as set forth in the Motion to Stay.

**Respectfully submitted**, this the 18th day of May, 2021

                        **JEFF LANDRY**
                        **ATTORNEY GENERAL FOR**
                        **THE STATE OF LOUISIANA**

**BY:**     */s/ Melissa S. Losch*_____
           **ALEJANDRO "AL" PERKINS (#30288)**
           **Email: aperkins@hamsil.com**
           **MELISSA S. LOSCH, T.A. (#26811)**
           **Email: mloschl@hamsil.com**
           **JOHN R. BLANCHARD (#37036)**
           **Email: jblanchard@hamsil.com**
           **SPECIAL ASSISTANT ATTORNEY GENERAL**
           **HAMMONDS, SILLS, ADKINS AND GUICE**
           2431 S. Acadian Thruway, Suite 600
           Baton Rouge, Louisiana 70808
           Telephone (225) 923-3462
           Facsimile   (225) 923-0315

           **Shawn Briscoe, by and through his counsel,**
           /s/ William Most
           **WILLIAM MOST**
           La. Bar No. 36914
           201 St. Charles Ave., Ste. 114, # 101
           New Orleans, LA 70170
           T: (504) 509-5023
           Email: williammost@gmail.com