UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHAWN BRISCOE,  *
 *Plaintiff*  *  Civil Action No. 19-00029
            *
v.  *  JUDGE SHELLY D. DICK
            *
JAMES LeBLANC, TIMOTHY  *  MAGISTRATE JUDGE
HOOPER, DALLAS STEWART,  *  ERIN WILDER-DOOMS
AND KENDALA WILLIAMS  *
 *Defendants*  *

## ORDER

Considering the Motion to Stay Discovery:

**IT IS HEREBY ORDERED** that the Motion is granted. Discovery in this matter is temporarily stayed with the deadline for same to be set within thirty (30) days of Plaintiff's release from Jefferson Parish Correctional Center and/or transfer to another facility pending the outcome of his criminal trial.

**IT IS FURTHER ORDERED** all remaining dates and deadlines as set forth in the current Scheduling Order at Record Document 41 and as modified at Record Document 46 be and are continued, to be reset in accordance with a revised Status Report to be submitted by the parties within fourteen (14) days of the conclusion of Plaintiff's criminal trial.

Baton Rouge, Louisiana, this 25th day of May, 2021. ~~2020~~.

*Shelly D. Dick*
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA