UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN BRISCOE, | * | |
| *Plaintiff* | * | Civil Action No. 19-00029 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| JAMES LeBLANC, TIMOTHY | * | MAGISTRATE JUDGE |
| HOOPER, DALLAS STEWART, | * | ERIN WILDER-DOOMS |
| AND KENDALA WILLIAMS | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Dallas Stewart, pursuant to Rule 56 of the Federal Rules of Civil Procedure, who respectfully moves this Honorable Court for a Summary Judgment dismissing Plaintiff's claims at his cost. Defendant respectfully supplies the court with the following documents in support of the present motion:

(1) Exhibit A, Dallas Stewart's acceptance of promotional appointment dated August 3, 2016.

(2) Exhibit B, Successful Completion of Probationary Appointment effective August 14, 2017.

(3) Exhibit C, Employee Notification Form - attaining status of Sergeant.

(4) Exhibit D, Excerpts of Deposition Trascript of Dallas Stewart.

(5) Exhibit E, Incident Report regarding incident between Plaintiff and inmate Harris.

(6) Exhibit F, video footage of incident between Plaintiff and inmate Harris.

(7) Exhibit G, diagram of Fox 7 dormitory.

(8) Exhibit H, video footage of guards before, during, and immediately following the altercation between inmate Briscoe and inmate Harris.

(9) Exhibit I, relevant page from Kendale Williams' log-book.

(10) Exhibit J, video footage of inmate Briscoe spilling hot liquid on himself and seeking out medical attention.

(11) Exhibit K, video footage of inmate Briscoe running out of the tier to obtain medical attention.

(12) Exhibit L, relevant portion of Acadian Ambulance Records, confidential information redacted.

(13) Exhibit M, relevant portion of Baton Rouge General records, confidential information redacted.

(14) Exhibit N, records from EHCC treatment center, confidential information redacted.

(15) Exhibit O, Deposition Excerpt of Lt. Colonel Craig White, pp. 38, ll. 1-25 - 39, ll. 1-16.

(16) Exhibit P, Administrative Remedy Procedure (ARPs) filed by Inmate Briscoe.

**Respectfully submitted,** this the 1st day of February, 2022

        **JEFF LANDRY**
        **ATTORNEY GENERAL FOR**
        **THE STATE OF LOUISIANA**

**BY:**    */s/ Melissa S. Losch*
        **ALEJANDRO "AL" PERKINS (#30288)**
        **Email: aperkins@hamsil.com**
        **MELISSA S. LOSCH, T.A. (#26811)**
        **Email: mloschl@hamsil.com**
        **JOHN R. BLANCHARD (#37036)**
        **Email: jblanchard@hamsil.com**
        **SPECIAL ASSISTANT ATTORNEY GENERAL**
        **HAMMONDS, SILLS, ADKINS AND GUICE**
        2431 S. Acadian Thruway, Suite 600
        Baton Rouge, Louisiana 70808
        Telephone (225) 923-3462
        Facsimile  (225) 923-0315

**CERTIFICATE OF SERVICE**

I do hereby certify that, on the date stated below, a true and correct copy of the above and foregoing **MOTION** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

**BATON ROUGE, LOUISIANA,** this 1st day of February, 2022

*s/ Melissa S. Losch*
MELISSA S. LOSCH
