Stewart MSJ - Exhibit A

## ELAYN HUNT CORRECTIONAL CENTER
## ACCEPTANCE OF PROBATIONARY APPOINTMENT

Applicant Name: **Dallas Stewart**　　Date: **8/3/16**

Title of Position: **Cadet**　　Type of Appointment: **Probationary Appt.**

**8.10.1 Probationary Appointment:** This is a classified appointment which serves as an 12 month working test period. A probational appointment must be served in order to attain permanent status. During this period, the supervisor will determine whether or not the employee can satisfactorily meet or exceed expectations to perform the required duties.

An employee may be separated from probation at ANY time during the probationary period under Civil Service Rule 9.1(e). While on probation he earns and can take annual, sick and compensatory leave. He receives paid holidays and is eligible for health care and retirement benefits.

It has been explained to me the type of appointment that I am interviewing for, I fully understand and I am willing to accept a Probationary Appointment.

_Dallas Stewart_　　_Dallas S._　　_8/3/16_
Applicant Printed Name　　Applicant Signature　　Date

_[signature]_　　_8/3/16_
Witness　　Date