# ELAYN HUNT CORRECTIONAL CENTER MEMORADUM

**Stewart MSJ - Exhibit B**

TO: Asst. Warden Boies          DATE: 06/02/2017

FROM: Human Resources          RE: **PERMANENT STATUS UNIT 1 (C-TEAM)**

The Probationary Period of **DALLAS STEWART, #306946** will expire on **08/14/2017.**

Civil Service Rule 9.1 states in part [The Probationary Period shall be an essential part of the examination process and shall be utilized for the most effective adjustment of a new employee and for the elimination of any probationary employee whose performance does not meet the required standard of work.]

It is the policy of this department to utilize the Probationary Period fully in order to ensure that all employees granted permanent status have merited that status and to ensure that a substandard employee is not granted permanent status. Therefore, you are required to indicate your recommendation below, a full statement of particulars in the event your recommendation is adverse.

          WARDEN
          ELAYN HUNT CORRECTIONAL CENTER

TO: Warden

__✓__   This employee's performance has been fully satisfactory during his/her probationary period. It is recommended he/she be granted permanent status.

____   This employee's performance has not been satisfactory. It is recommended that he/she be removed from his/her present position, during his/her probationary period. A full statement of the reasons for this recommendation is attached.

____   This employee's performance has not been fully satisfactory. It is recommended that the probationary period be continued for _____ months.

____   I certify that he/she has received his/her drug test during his/her probationary period.

_[signature]_, 7/27/17                    _[signature]_ 7/31/2017
Shift Supervisor       Date               Department Head    Date

_[signature]_ 7-28-17                    _____
Unit Manager           Date               Warden             Date

I certify that this employee meets the requirements for the promotional drug testing during his/her probationary period according to Institutional Policy 100-B08 on _2/6/17_

_[signature]_ 8/18/17
Human Resources    Date