## Employee Notification Form   for 12/12/2017

**Stewart MSJ - Exhibit C**

### Personal Information
| | | | | | |
|---|---|---|---|---|---|
| Employee Name | STEWART , DALLAS DOMINIQUE | | | Known As | |
| Personnel Number | 00306946 | Gender | Female | Date of Birth | 01/29/1996 |
| Race   Decl | Ind/AK | Asian | AfrAm  X  HI/PI   White | Ethnicity | Not Hispanic/Latino |

### Address Information
| | | | | |
|---|---|---|---|---|
| Privacy Request | Yes | No   X | | |
| Permanent Street | 11152 BLACKOAK DR | | Mailing Street | |
| City | BATON ROUGE | | City | |
| State | LA | | State | |
| Zip Code | 70815 | | Zip Code | |

### Employment Related Dates
| | | | | | |
|---|---|---|---|---|---|
| Adjusted Service Date | 08/15/2016 | Next CPG Elig Date | 08/15/2029 | | |
| Performance Adjustment Date | | Adjusted Leave ServiceDate | 08/15/2016 | Agency Hire Date | 08/15/2016 |

### Organizational Assignment Information
| | | | |
|---|---|---|---|
| Company Code | LAGOV | Org. Unit | UNIT 2 (C-TEAM) |
| Personnel Area | DOC-Elayn Hunt Correction Ctr | Cost Center | 4132100 |
| Employee Group | Full Time Salary | Personnel Subarea | CorrectOff2100 |
| Payroll Area | LaGov-Paid Bi-Wkly | Employee Subgroup | Class NE |
| Work Contract | Permanent | Permanent Status | 08/15/2017 |
| Expiration Date | | Employment Status | Active |

### Time Management Information
| | | | |
|---|---|---|---|
| Employment Percent | 100.00 | Time Management Status | Negative Time Entry |
| Weekly Working Hours | 40.00 | Time Administrator | 032 |
| Work Schedule Rule | SH3K 2WD | Telecommuter | |

### Action History
| | | | | |
|---|---|---|---|---|
| Action | Org. Assign. (P) | 0413 | 12/12/2017 To 12/31/9999 | Reason Position Number Change |
| Action | Pos Charact Chg (P) | 0413 | 02/15/2017 To 12/11/2017 | Reason Reallocation in CPG |
| Action | Hiring (P) | 0413 | 08/15/2016 To 02/14/2017 | Reason Certificate |

### Job History
| | | | | | | |
|---|---|---|---|---|---|---|
| Job | 00144330 - CORRS SERGEANT | | | From | 02/15/2017 | To 12/31/9999 |
| Job | 00144140 - CORRS CADET | | | From | 08/15/2016 | To 02/14/2017 |

### Position History
| | | | | | | |
|---|---|---|---|---|---|---|
| Position | 00097316 - CORRS SERGEANT | | | From | 12/12/2017 | To 12/31/9999 |
| Position | 00037213 - CORRS SERGEANT | | | From | 02/15/2017 | To 12/11/2017 |
| Position | 00037213 - CORRS CADET | | | From | 08/15/2016 | To 02/14/2017 |

### Base Pay History
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Biweekly | 1,042.40 | PS-106 00 | From | 02/15/2017 | To 12/31/9999 | Pay Reason Code | SER |
| Biweekly | 936.80 | PS-105 00 | From | 08/15/2016 | To 02/14/2017 | Pay Reason Code | SER |

"I certify that this personnel action is made in compliance with all Federal laws, Civil Services rules, and department regulations."

Date _12·12·17_

Signature _____