Stewart MSJ - Exhibit D

UNITED STATES DISTRICT COURT

STATE OF LOUISIANA


DOCKET NO. 19-cv-00029-SDD-EWD

SHAWN BRISCOE,

      Plaintiff,

    v.

JAMES LEBLANC, et al,

      Defendants.


        * * * * * * * * * * *

ZOOM VIDEO-CONFERENCE DEPOSITION OF DALLAS

STEWART taken on August 6, 2020.

        * * * * * * * * * * *

APPEARING REMOTELY:

    LAW OFFICE OF WILLIAM MOST
    DAVID LANSER, ESQ.
    SARAH CHERVINSKY, ESQ.
    201 St. Charles Avenue
    Suite 114 #101
    New Orleans, Louisiana 70170
        For the Plaintiff

    HAMMONDS, SILLS, ADKINS & GUICE, LLP
    JOHN R. BLANCHARD, ESQ.
    2431 South Acadian Thruway
    Suite 600
    Baton Rouge, Louisiana 70808
        For the Defendant


REPORTED BY:  Debra J. Brooks
           Certified Court Reporter

2

1              S T I P U L A T I O N

2

3          It is stipulated and agreed by

4    and between Counsel that the video-

5    conference deposition of DALLAS STEWART is

6    hereby being taken for all purposes

7    authorized by the Federal Rules of Civil

8    Procedure, in accordance with law, pursuant

9    to notice.

10          The formalities of reading and

11    signing are specifically not waived, the

12    formalities of sealing and certification

13    are specifically waived, and the party

14    responsible for service of the discovery

15    material shall retain the original;

16          That all objections, except those

17    as to the form of the question and the

18    responsiveness of the answer, are reserved

19    until the time of the trial of the cause.

20

21                    *  *  *

22

23

24

25

MS. BROOKS:

The Attorneys participating in this proceeding agree to have Southern Court Reporters provide the transcription services and acknowledge that I am not physically present in the proceeding room and that I will be reporting this remotely.

They further acknowledge that in lieu of an oath administered in person, the Witness will verbally declare his testimony in this matter and is under penalty of perjury.

The parties and their Counsel consent to this arrangement and waive any objections to this manner of reporting.

Please, Counselors, indicate your agreement by stating your name and agreement on the record.

                    MR. LANSER:  David Lanser
            for the Plaintiff, I agree.
                    MR. BLANCHARD:  John
            Blanchard for the Defendant,
            I also agree.
                    *  *  *  *  *

1      DEBRA J. BROOKS, Certified Court

2  Reporter in and for the State of Louisiana,

3  officiated in administering the oath to the

4  Witness.

5              * * * * * * * *

6  DALLAS STEWART, 11152 BLACK OAK DRIVE,

7  BATON ROUGE, LOUISIANA, 70815, after having

8  been first duly sworn by the Certified

9  Court Reporter, was examined and testified

10  on her oath as follows:

11          E X A M I N A T I O N

12  BY MR. LANSER:

13      Q.   Good morning, Ms. Stewart.  My

14  name is David Lanser and I'm an attorney

15  for the Plaintiff, Shawn Briscoe.  Can you

16  just state your name for the record real

17  quick?

18      A.    Dallas Stewart.

19      Q.    Thank you.

20              MR. LANSER:  And,

21          Mr. Blanchard, can we stipulate

22          that the deposition was properly

23          noticed and the Court Reporter is

24          duly qualified?

25              MR. BLANCHARD:  Yes.

```
 1        A.   Yes.
 2        Q.   Do you remember when your shift
 3   started on February 3, 2018?
 4        A.   You said if I remember when it
 5   started?
 6        Q.   Correct.
 7        A.   I don't remember the time.
 8        Q.   Do you remember approximately
 9   when?
10        A.   Around 6:00 something.
11        Q.   6:00 p.m. --
12        A.   P.m.
13        Q.   -- on the 2nd, okay.  And when
14   did your shift end that day?
15        A.   When the next shift came on.
16        Q.   Which is what time?
17        A.   I don't remember the exact time.
18        Q.   Was it around -- so, if you
19   started at 6:00 p.m., do you remember how
20   long your shifts were?
21        A.   The shifts were 12 hours.  But it
22   depends on your relief.
23        Q.   So would you have -- your shift
24   would have probably ended at 6:00 a.m. on
25   February 3, at least on paper, is that
```

1    correct?

2         A.   Yes.

3         Q.   So, the shift is scheduled to end

4    at 6:00 a.m., but you had to wait until you

5    were actually relieved, correct?

6         A.   Yes.

7         Q.   So, over that 12 hour period,

8    throughout your entire shift, did you leave

9    this middle section for any reason?

10        A.   Yes.

11        Q.   Why did you leave the middle

12   section?

13        A.   Are you referring to the key or

14   the station you outlined?

15        Q.   This -- I'll outline it again.

16   This full section here, do you remember how

17   many times you left this section and why?

18        A.   No.

19        Q.   You did not leave this section at

20   any point?

21        A.   You said do I remember how many

22   times.

23        Q.   Yes.  So you don't remember how

24   many times?

25        A.   No.

40

```
 1        Q.    But you do remember leaving this
 2   section?
 3        A.    Yes.
 4        Q.    Do you remember any reasons why
 5   you might have -- what would have been the
 6   reason you left that section, was it to do
 7   rounds?
 8        A.    Rounds and when the fire alarm
 9   came on.
10                  COURT REPORTER:  When the
11              what came on?
12   BY MR. LANSER:
13        Q.    I'm sorry, when the what came on?
14        A.    Fire alarm.
15        Q.    Fire alarm.  Do you remember when
16   the fire alarm came on?
17        A.    I'm not sure of the actual time.
18        Q.    Do you remember if it was before
19   5:30 a.m.?
20        A.    I don't remember the time.  I
21   just know it was morning time close to
22   shift change.
23        Q.    So it was close to 6:00 a.m.
24   there's a fire alarm?
25        A.    Yes.
```

1    rounds?

2        A.    I don't remember how many times.

3        Q.    I didn't ask how many times.  I

4    asked is confirming inmates are adhering to

5    the bed book, is that something you would

6    do while you were on rounds?

7        A.    I don't know when we would do it.

8        Q.    Do you remember how often?

9        A.    No.

10       Q.    Did you do it every shift?

11       A.    Yes.

12       Q.    More than once a shift?

13       A.    I don't know the exact amount of

14   times, but it's each shift.

15       Q.    So at least once a shift?

16       A.    Yes.

17       Q.    Is this something you were

18   supposed to do every hour like a head count

19   or not?

20       A.    I don't remember.

21       Q.    Ms. Stewart, do you know who

22   Shawn Briscoe is?

23       A.    Yes.

24       Q.    Did you know who he was prior to

25   February 3, 2018?

1        A.    Are you asking have I ever spoke

2    with him?

3        Q.    Sure.  Did you ever speak with

4    him prior to February 3, 2018?

5        A.    No.

6        Q.    Did you know who he was at all

7    prior to February 3, 2018?

8        A.    I just know I've seen his name in

9    the bed book.

10        Q.    Do you know how long Shawn

11    Briscoe had been in Fox 7 as of February 3,

12    2018?

13        A.    No, because I would never see

14    him.

15        Q.    But he would have been in the bed

16    book, correct?

17        A.    Yes.

18        Q.    And the bed book would have told

19    you when he arrived on that tier?

20        A.    I'm not -- I don't remember if it

21    said.

22        Q.    You don't remember if the bed

23    book said when an inmate was assigned to a

24    bed, you don't remember if that was in

25    there?

```
1          A.   I don't remember.

2          Q.   Do you know who Darryl Harris is?

3          A.   Yes.

4          Q.   Did you ever have any

5   interactions with Darryl Harris prior to

6   February 3, 2018?

7          A.   No.

8          Q.   You said you do know who he is.

9   What do you know about him and how do you

10  know him?

11         A.   I seen -- I know his name being

12  in the bed book.  I remember -- I remember

13  passing the bed book once and writing his

14  name, because his bed had been assigned to

15  different beds.  So I remember writing his

16  name in the bed book.

17         Q.   Do you remember when that was,

18  like approximately how many days or weeks

19  or months prior to February 3 that was when

20  you wrote his name in the bed book?

21         A.   No, because inmates come out of

22  their dormitory all the time so I don't

23  remember the exact date.

24         Q.   Do you remember, prior to

25  February 3, 2018, have you ever seen Shawn
```

1   Briscoe?

2        A.   I don't remember.

3        Q.   What about Darryl Harris?

4        A.   I don't remember.

5        Q.   Do you know who Ryan Caldarera

6   is?

7        A.   No.

8             COURT REPORTER:  Can you

9             spell that for me, please, Mr.

10            Lanser?

11            MR. LANSER:  I believe it's

12            C-a-l-d-a-r-e-r-a.

13            COURT REPORTER:  Thank you.

14   BY MR. LANSER:

15        Q.   Do you know an inmate in the Fox

16   7 tier named Tremain (spelled phonetically)

17   who goes by the nickname "Poo"?

18        A.   He used to cut hair in the

19   dormitory.

20        Q.   So you did know him?

21        A.   From cutting hair in the

22   dormitory, yes.

23        Q.   So you knew him prior to

24   February 3, 2018?

25        A.   Just from cutting hair.

1    5:35 a.m. on February 3, 2018?

2                    MR. BLANCHARD:  I'm going to

3              object to the form.  But go ahead

4              and answer.

5                    THE WITNESS:  I don't

6              remember the exact time.

7    BY MR. LANSER:

8         Q.   But I'm just asking, what do you

9    know today in retrospect?  You are aware

10   that it happened in the morning February

11   3, 2018?

12        A.   What do you mean when you say he

13   was attacked?

14        Q.   That Darryl Harris attacked Shawn

15   Briscoe.  You are aware of that, correct?

16        A.   Yes.

17        Q.   Explain to me what you know about

18   that incident.  What is your understanding

19   of what happened between Darryl Harris and

20   Shawn Briscoe?

21        A.   From the video?

22        Q.   However you came to know it.

23   Just what's your understanding as we sit

24   here today?

25        A.   From when I, from my shift, I

1    understand that Briscoe was attacked in

2    some form and then later got attacked on

3    another shift.

4         Q.   When did you first learn about

5    the attack that happened on your shift?

6         A.   Whenever -- I don't know the

7    exact date -- but the day after I tried to

8    come to work and they wouldn't let me

9    through the gate and I had to go home and

10   then I had to call back up to the prison

11   and then I was called in to come up there

12   to speak with someone about what happened.

13   I didn't know what happened.

14        Q.   Who did you speak with?

15        A.   One of the wardens.  I don't

16   remember the name.

17        Q.   And that warden told you about

18   the attack?

19        A.   No -- the warden on the phone?

20   Or in person?

21        Q.   On the phone.

22        A.   No.  They said something

23   happened, they didn't tell me what

24   happened.

25        Q.   You learned about it in person

1    when you met with the warden?

2         A.   Yes.

3         Q.   Do you remember any sort of

4    commotion or anything else happening around

5    5:35 a.m.?

6         A.   Yes.

7         Q.   What do you remember?

8         A.   Locker boxes (unintelligible) --

9              COURT REPORTER:  Say it

10            again.

11             THE WITNESS:  Locker boxes.

12             COURT REPORTER:  Locker

13            boxes and what?

14             THE WITNESS:  Beds moving.

15             COURT REPORTER:  Thank you.

16   BY MR. LANSER:

17        Q.   So you remember locker boxes and

18   beds moving around 5:35 a.m. on February 3?

19        A.   Close to shift change, yes.

20        Q.   Describe that for me.  What

21   exactly did you see or hear?

22        A.   I heard the bed boxes being

23   opened and then I heard a bed, sounded like

24   it was being pushed to the side.

25        Q.   What did you see at that time?

1        A.    I didn't see, I heard it.  I was
2   sitting down.
3        Q.    Okay.  Let me pull up again --
4   I'm going to pull up Exhibit #3 again.  Do
5   you remember approximately where on this
6   diagram the locker boxes were being opened
7   and the bed pushed?
8        A.    I heard it.  I didn't see it, I
9   heard it.
10       Q.    You don't know where it occurred?
11       A.    I heard it coming from the "C"
12   tier side and the "D" tier side.
13       Q.    Did the other guards, Cadet
14   Williams and Master Sergeant Williams, did
15   they notice this as well, as far as you
16   know?
17       A.    We all heard it.
18       Q.    Okay.  What was your reaction
19   when you heard it?
20       A.    My reaction was they must be
21   going into their locker boxes trying to get
22   something or someone is trying to fix their
23   bed.
24       Q.    What about Cadet Williams and
25   Master Sergeant Williams, how did they

1      Q.   This is the window where you're

2   not sure if you can see any of the beds or

3   lockers, you looked out that window to make

4   sure everything was fine, is that correct?

5      A.   You saying the window on the side

6   or the window on the door?

7      Q.   Whichever one you looked out.

8      A.   You asked did I see anything?

9      Q.   I'm asking, your reaction, when

10  you heard the lockers and the beds being

11  moved, your reaction was to look out the

12  window into "D" tier, is that correct?

13     A.   I looked through the door.

14     Q.   The window in the door, okay.

15  Why did you look through the window in the

16  door?

17     A.   Because they had people standing

18  by the door.

19     Q.   What did you see when you looked

20  through the window?

21     A.   I believe (unintelligible) was

22  standing in front of the door.  That's the

23  tier that I heard the alarm go off on.

24                COURT REPORTER:  I'm sorry,

25           did you say you saw Shawn

```
 1              standing in front of the door?
 2                   THE WITNESS:  No, I said
 3              someone was standing by the door.
 4                   COURT REPORTER:  Someone.
 5              Thank you.  Excuse me.
 6      BY MR. LANSER:
 7           Q.   So the fire alarm was going off
 8      at that same time?
 9           A.   I don't remember the exact time,
10      but the fire alarm did set off.
11           Q.   But the fire alarm, did you look
12      out the window because of the fire alarm or
13      did you look out the window because of the
14      noises that you heard?
15           A.   I don't remember which one came
16      first.
17           Q.   What's the protocol when there's
18      a fire alarm?
19           A.   To call on the phone.
20           Q.   Did you call anyone on the phone
21      on February 3, 2018 because of a fire?
22           A.   Did I call?
23           Q.   Yes.
24           A.   No.
25           Q.   Did Cadet Williams or Sergeant
```

1    Master Williams call?

2         A.    I don't remember what they did.

3         Q.    Do you remember if there was

4    actually a fire?

5         A.    I left, I left the dormitory.

6         Q.    When did you leave the dormitory?

7         A.    I don't know the exact time, but

8    when the alarm was set off.

9         Q.    So if you were -- let's say --

10   the alarm was set off at some time.  You

11   don't remember exactly.  Right when the

12   alarm was set off you left the dormitory,

13   is that correct?

14        A.    I'm sorry, can you ask me again?

15        Q.    You don't -- I know you mentioned

16   you don't recall the exact time the alarm

17   went off and that's fine.  I'm just asking,

18   when the alarm went off, you're now saying

19   once the alarm went off you left the

20   dormitory, correct?

21        A.    Yes, I did leave.

22        Q.    Why did you leave?

23        A.    To get a supervisor.

24        Q.    So, if you were present in the

25   dormitory, it would not have been during

1    the time that the fire alarm went off?

2        A.    Wait -- can you ask me a

3    different way?

4        Q.    Sure.  So, between the time when

5    the fire alarm first went off and you left

6    the dormitory, did that happen immediately?

7        A.    I don't remember.

8        Q.    Okay.  Is there any reason why

9    you would have waited around after a fire

10   alarm goes off to leave the tier?

11       A.    If someone was trying to call,

12   the supervisor themselves.

13       Q.    Do you remember if someone pulled

14   the fire alarm?

15       A.    No.

16       Q.    Is a fire alarm something that

17   would have been documented in the logbook?

18       A.    Yes.

19       Q.    Do you remember documenting it in

20   the logbook that day?

21       A.    I don't remember if I wrote it.

22       Q.    Okay.  Do you remember, when did

23   that occur in relation to the end of your

24   shift?

25       A.    Are you asking what time?

1      Q.   In relation to the end of the
2   shift.  Was it fire alarm, you left and
3   came back and still had more shift going
4   on?  Or was it fire alarm, you left to go
5   get a supervisor, and that was about the
6   end of your shift?
7      A.   I left to get a supervisor and he
8   came back and it was still my shift.
9      Q.   Do you remember approximately how
10  much longer you were on shift at that
11  point?
12     A.   No, I don't know the exact time.
13     Q.   Did this happen, you know, at
14  10:00 p.m. or --
15     A.   It was a.m.
16     Q.   -- or closer to --
17     A.   It was a.m.
18     Q.   It was a.m., okay.  But you don't
19  remember if it was before or after
20  5:30 a.m.?
21     A.   I don't remember the time.
22     Q.   So, when you heard -- backing up
23  here.  When you heard the noises that you
24  believe were caused by the lockers and the
25  beds being moved around, you went to the

1        A.    Can you say it again?  I don't

2    see it.

3        Q.    It's at the very, very top.  It's

4    like handwriting that was added.  I'm going

5    to mark it on the main one here.

6        A.    Yes.

7        Q.    All the way up here.  That is

8    accurate, that you received a copy?

9        A.    Yes.

10        Q.    And here where it says "Signature

11    of Employee," is that your signature?

12        A.    Yes.

13        Q.    So you're familiar with what's

14    written and the description of the incident

15    here in the writeup?  Or do you want a

16    minute to reread it?

17        A.    I have to read it again.

18        Q.    Okay.  Take your time.

19        A.    I read it.

20        Q.    So is there any sections in here

21    that you disagree with their findings?

22        A.    The only section would be saying

23    that the incident with the hot water and

24    him being attacked, saying that I looked

25    down the tier to see.  I didn't see.

```
1        Q.   Okay.  But the rest of it is
2   correct, as far as you know?
3        A.   Yes.
4             MR. LANSER:  So I'm going to
5             try pulling up a couple of the
6             videos, starting with what's been
7             marked as Exhibit #10.
8   BY MR. LANSER:
9        Q.   Can you see the video being
10  shared on your screen right now
11  (indicating)?
12       A.   Yes.
13       Q.   I'm going to hit Play.  Let's
14  just make sure -- does it appear to be
15  playing?  You can see people moving.
16       A.   Yes.
17       Q.   What is this area that we're
18  looking at here?
19       A.   The guards sitting by the key
20  area.
21       Q.   Is this that middle section of
22  the floor plan that we've been talking
23  about?
24       A.   Yes.
25       Q.   And is "D" tier out this door
```

1    over here, is that correct?

2         A.   Yes.

3         Q.   And you are not in this video at

4    the moment, is that correct?

5         A.   Yes.

6         Q.   Who is this that I just put a box

7    around?

8         A.   Cadet Williams.

9         Q.   And is this Master Sergeant

10   Williams then?

11        A.   Yes.

12        Q.   And this in here is the key area

13   through those bars?

14        A.   Yes.

15        Q.   I'm going to skip ahead to, this

16   is about approximately two minutes and 15

17   seconds into the video.  Is this you here

18   with the red hair?

19        A.   Yes.

20        Q.   I'm going to skip ahead again to

21   approximately five minutes and 45 seconds

22   into this exhibit, okay.  Can you read for

23   me the time and date that this -- can you

24   see that on the bottom where the time and

25   date is?

1      A.   February 3, 2018, 5:35.

2      Q.   So it's 5:35 a.m. when this

3   camera is recording?

4      A.   Yes.

5      Q.   Do you have any reason to believe

6   that time is incorrect?

7      A.   Not to my knowledge, no.

8      Q.   I'm going to press Play here.

9   Explain to me what just happened in those

10  last seven seconds that I just showed.  We

11  can replay it any time you want.

12     A.   The bed, the bed and the foot

13  locker.

14     Q.   So you heard the bed and the foot

15  locker and that's why you got up in that

16  moment?

17     A.   Yes.

18     Q.   And you're staring down "D" tier

19  there?

20     A.   I don't know if I was staring --

21  I don't know if I was staring down the

22  tier, but I am looking.

23     Q.   Okay.  You were looking towards

24  "D" tier through the window in the door, is

25  that accurate?

1    A.   Yes.

2    Q.   I'll hit Play again.  You see, it

3  appeared to me -- correct me if I'm

4  wrong -- I'll play that part again.  It

5  looks like you say something to Master

6  Sergeant Williams there and make a hand

7  motion, is that correct, that that's at

8  least what it appears like?

9    A.   Yes.

10   Q.   Do you remember what you said or

11 what that hand motion means?

12   A.   When she asked what was going on,

13 I told her the beds, I said the beds looked

14 like they were moving.  That's why I had

15 the hand gesture showing, like, left to

16 right.

17   Q.   So you did see the beds when you

18 looked out the door?

19   A.   I seen -- no, what I'm saying is,

20 when I heard the bed locker and the beds

21 moving, I'm standing up telling her what

22 that must have been.  So I'm moving my hand

23 left to right saying that it must have been

24 the bed that was being moved.

25   Q.   So that's just based on what you

```
 1   heard?
 2         A.   Yes.
 3         Q.   So, at this point, you can't see
 4   anything unusual out the window?
 5         A.   Correct.
 6         Q.   I'm going to hit Play again.  Do
 7   you remember what you're talking about with
 8   Master Sergeant Williams in this moment?
 9         A.   No.
10         Q.   Do you think it probably had to
11   do with the sounds you heard?
12         A.   I'm not sure.
13         Q.   That's fair.
14               MR. BLANCHARD:  I just want
15               to state for the record that
16               we're about six minutes and 18
17               seconds into this video.
18               COURT REPORTER:  Six minutes
19               and 18 seconds?
20               MR. BLANCHARD:  Yes, ma'am.
21               COURT REPORTER:  Thank you.
22   BY MR. LANSER:
23         Q.   I'm going to play again.  This is
24   at six minutes 26 seconds into the video,
25   which is 5:36 a.m. and 31 seconds according
```

1    to the camera.  Is it accurate to say that

2    you are staring towards the door to "D"

3    tier again?

4         A.    I believe so.

5         Q.    Now, this is at six minutes and

6    42 seconds into the exhibit, which is

7    5:36 a.m. and 46 seconds according to the

8    camera stamp.  Is it accurate that you're,

9    at this point, still standing at the "D"

10   tier door with Cadet Williams, is that

11   accurate?

12        A.    Yes.

13        Q.    I'm going to hit Play again.

14   This is seven minutes and 16 seconds into

15   the exhibit, which is 5:37 and 21 seconds.

16   Is it true you're still standing at the

17   door to "D" tier, is that accurate?

18        A.    Yes.

19        Q.    And you and Cadet Williams are

20   looking out the door?

21        A.    Yes.

22        Q.    And, then, right here, this is

23   seven minutes and 21 seconds into the

24   Exhibit, which is 5:37 and 26 seconds

25   according to the camera.  This appears to

1   be when you walk away from "D" tier, is
2   that correct?
3        A.   Yes.
4        Q.   So, we said earlier that you
5   started looking out the window, according
6   to the camera time stamp, at 5:35 a.m. and
7   50 seconds, is that accurate?
8        A.   Yes.
9        Q.   And you continued, other than,
10  you know, a side comment or two to Master
11  Sergeant Williams, you continued looking
12  out that window until this point at 5:37
13  and 26 seconds, is that correct?
14       A.   Yes.
15       Q.   So we're talking a little over a
16  minute and a half that you were staring out
17  the "D" tier window, is that accurate?
18       A.   Yes.
19       Q.   What were you watching for a
20  minute and a half?
21       A.   When I was looking away from the
22  tier or towards the tier door?
23       Q.   Towards the tier door, for that
24  minute and a half, what were you looking
25  at?

133

1          A.   I don't remember what I was

2     looking at, but that's around the time the

3     fire alarm had went off and that's why

4     Master Sergeant Williams was shaking her

5     head, because of the fire alarm going off.

6          Q.   But you first went to go look

7     down the "D" tier because of the beds and

8     the lockers that you heard, is that

9     correct?

10         A.   Yes.

11         Q.   And then you continued staring

12    down "D" tier, or at least standing by the

13    door with Cadet Williams, for a little more

14    than a minute and a half, is that correct?

15         A.   Yes.

16         Q.   And you didn't see anything

17    unusual or strange during that time?

18         A.   No.

19         Q.   Were any inmates talking to you

20    during that time?

21         A.   I don't remember.  I can't see on

22    the other side.

23         Q.   Sure.  Is there any reason, other

24    than the noises that you heard or possibly

25    the fire alarm, that you might have been

188

WITNESS CERTIFICATE

I, DALLAS STEWART, have read or
have had the foregoing testimony read to me
pursuant to Rule 30(e) of the Federal Rules
of Civil Procedure and/or Article 1445 of
the Louisiana Code of Civil Procedure and
do hereby certify that, to the best of my
ability and understanding, it is a true and
correct transcription of my testimony.


Please check one:


_____ Without corrections
___√___ With corrections (see errata sheet)



_____     10/18/2020
Name                        Date

SOUTHERN COURT REPORTERS, INC.
(504) 488-1112

NAME: DALLAS STEWART                    DATE: 8/6/2020

## TRANSCRIPT CORRECTION PAGE

| PAGE NO.: | LINE NO.: | DESCRIPTION: |
|-----------|-----------|--------------|
| 25        | 20        | gate         |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |
|           |           |              |

NAME: _Dallas Stewart_
DATE: _Oct 12, 2020_