**Department of Public Safety & Corrections**
State of Louisiana
Elayn Hunt Correctional Center



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

TO: Colonel Brent Thomas
Assistant Unit 3 Manager

FROM: Major Craig White
Shift Supervisor
Unit 3 / A-Team

DATE: February 06, 2018

SUBJECT: Offender Shawn Briscoe #494036
Offender Darryl Harris #586004
Rule #11 Aggravated Fighting

*On February 3, 2018 at approximately 8:43AM, I, Major Craig White, responded to a transmitter activation in Fox-7 by Sergeant Angela Honora. Upon arriving to Fox-7 on D-Tier, I observed that Offender Shawn Briscoe #494036, Fox-7D, was suffering from what appeared to be a hot liquid burn to his upper body. He had visible blisters on his face around his left eye, blisters to his neck, and red and peeling skin to his chest, shoulder, and back on his left side. According to Sergeant Honora, Offender Ryan Caldarera #489274 handed Offender Briscoe his container out of the microwave and Offender Briscoe inadvertently spilled the water on himself.*

*I interviewed Offender Briscoe and Offender Caldarera separately and both Offenders stated that Offender Briscoe placed a container of water in the D-Tier microwave and set the timer on (5) five minutes to make soup and then sat in the TV room and was watching TV. Afterwards, Offender Caldarera opened the D-Tier microwave to heat up a container of water to make himself a cup of coffee and observed Offender Briscoe's container already in the microwave. As Offender Caldarera handed Offender Briscoe the container, Offender Briscoe accidentally spilled the water on himself causing his burns. I also, interviewed several Offenders from Fox-7 D-Tier and no one contradicted the stories. I then reviewed the video recording from Fox-7 D-Tier front camera during this incident and observed that the video recording appeared to confirm the statements received from Offender Briscoe and Offender Caldarera that this incident was an accident.*

*On February 6, 2018, Colonel Brent Thompson and myself conducted a follow-up interview of Offender Briscoe and received information that on the morning of February 3, 2018, prior to*

the aforementioned incident involving Offender Caldarera, that Offender Darryl Harris #586004 threw scalding hot water onto Offender Briscoe and stabbed him. Acting on this information, I reviewed additional video recordings from Fox-7 and found the following:

### February 3, 2018 - Fox-7 D-Tier (front camera)

5:35:48AM - Offender Darryl Harris #586004, Fox-7 D-Tier, is observed throwing a liquid substance on Offender Briscoe as Offender Briscoe sat on his bed. Prior to this, Offender Harris is seen removing a container from the D-Tier microwave and then proceeded to the rear of the tier. Afterwards, he walks back up the tier, walks directly in front of Offender Briscoe and throws the liquid substance. Immediately following the throwing of the liquid substance, Offender Harris can be seen swinging his arm down in a stabbing motion multiple times striking Offender Briscoe. Offender Briscoe then jumps over several beds in an attempt to get away from Offender Harris. During the altercation, several beds were slid out of position and Offender Briscoe removed his shirt. Although, a weapon is not quite visible in his hand, Offender Briscoe did sustain injuries consistent with being hit with a weapon and Offender Harris' stabbing motion is consistent with using a weapon as well.

### February 3, 2018 - Fox-7 (C&D Lobby camera)

5:35:54AM - It can be observed that Sergeant Dallas Stewart, Cadet Kendale Williams, and Master Sergeant Sharon Thomas are around their work station, when it appears that Sgt. Stewart and Cdt. Williams are alerted to a commotion on D-Tier and proceed to the tier door to look down the tier. It appears that these (2) two Officers take no action to address this incident. According to Control Center, no transmitters were activated. These officers don't make a round to see what's going on and/or prevent any additional breaches to security. Furthermore, it doesn't appear that they contacted their supervisors to report any incident

### February 3, 2018 - Fox-7 D-Tier (front camera)

8:40AM - According to Offender Briscoe, the previously described incident between Offender Caldarera and Offender Briscoe was staged by Offender Briscoe to appear to be an accident to conceal the Aggravated Fight that occurred at 5:35AM with Offender Harris so Offender Briscoe could get medical attention.

In conclusion, Offender Harris was placed into Administrative Segregation for a complete investigation of a rule #11 Aggravated Fighting. This incident has been turned over to the EHCC Investigator's Office.

This is for your information and further handling.

♦♦♦♦

*Major Craig White*
*Shift Supervisor*

cc:   Brent Thompson/EHCC/CORRECTIONS, Todd Barrere/EHCC/CORRECTIONS, Kirt