OFFICER NAME: CDT. WILLIAMS    SHIFT: Unit 3 (C)

DATE: FEB 3, 2018    FEMALE ON DUTY

| TIME | OFFICER ENTRY |
|---|---|
| 4:11 | Martin (LT) (LT) Roger entered Fox 7 for Chow |
| 4:30 | LT Martin & LT Roger exit Fox 7 headed to Chow |
| 5:00 | CC cleared count |
| 5:05 | Fox 7 back from Chow |
| 5:12 | Conducted count w/ Sgt Stewart, Mst Sgt Thomas |
| 5:35 | Fire Alarms set off in Fox 7 |
| 5:40 | Pill Pass / cell |
| 5:53 | Fire Alarms were Reset |
| 5:53 A | Acting (Capt) Brown Reset Fire Alarm Lt. Martin |
| 6:10 | I CDT Williams have properly relieved of all duties and equipment |
| 6:12 AM / 6:12 A | 2/3/18    Female On Duty. Sgt Nouera has properly relieved Cdt Williams of all duties and equipment properly. 1 Set of keys (cct o) Broken 1 Beeper #527, 1 Log Book, 1 Bed Book, 1 First Aid Kit w/ Safety Seal, 3 First Aid Kit w/ Safety Seals w/ pin in place Exp. Date 4-2018, 1 Monitor (Not Working), 1 Telephone, Microwave Oven, 1 Window Rack, 2 Flash lights, 1 B.R. Ink Pad, 1 I.D. cards, 1 Security Manual & 1 Set of Post Orders which have read & understood. Sgt Nouera |
| 6:30 A | Made Rounds All Secured |
| 6:25 A | Beeper Check cleared w/ CO Amadi |
| 7:05 A | Made Rounds All Secure |
| 7:25 A | Msgt Thomas exit, Sgt Butler relieved her |
| 8:10 A | Made Rounds All Secure |
| 8:35 A | Made Rounds All Secure |