

Stewart MSJ - Exhibit L

04/13/2021

Date of Service Requested: **01/01/2015 to present**
Date of Service Provided: **02/03/2018**

# Certification of Records

I, **Coel Carroll** am a medical records clerk with Acadian Ambulance Service.

A thorough search of our files, carried out under my direction and control using the specific information provided in your request revealed that we have **1** record(s) and/or bill(s) for **Shawn Briscoe**.

I hereby certify that any copies of medical records and/or bills attached hereto are true and correct copies and were prepared in the ordinary course of business of the health care provider at or near the time of the condition/event.

**Coel Carroll**
Medical Records Clerk
(337)210-1759
medicalrecords@acadian.com

**Attempts:** N/A  **Success:** Yes

## Supply

**Qty  Supply**

**ECG Device Incident Number:**  2018020314412000-UNIT 193

## FlexFields:

| FlexField | Value |
|---|---|
| ePCR - Patient Status | 3 |
| ePCR - Was your patient admitted to the hospital? | Unknown |
| ePCR - Were you able to obtain the patient's Social Security Number | No |
| ePCR - Is This Patient A Veteran? | No |
| ePCR - Is Your Patient Employed? | No |
| ePCR - Is This An Employment Related Accident? | No |
| Run Type Non-Emergency: Mutual Aide / Interfacility / Stand-By / Intercept - Pick up Location | ED/ER |
| 15:43 Flow Chart: Treatment ECG: 4-Lead - ECG RHYTHM INTERPRETATION | Normal Sinus Rhythm |

## Narrative History Text:

ARRIVAL:SEMIFOWLERS IN BED

COMPLAINT:BURNS TO LEFT SHOULDER

HISTORY OF PRESENT ILLNESS: PT WAS HEATING UP NOODLES IN THE MICROWAVE AND BURN HIMSELF WITH THE HOT LIQUID WHEN THE CUP COLLASPED AND IN IS SURPRISE THROUGH IT UPWARD BURNING HIS LEFT SHOULDER. ASSESSMENT AND IMPRESSION:WOUND DRESSED AND GOING FOR IGHER LEVEL OF CARE FOR HIS BURN.

RX (TREATMENT):4 LEAD AND VITAKS MONITORED.

TRANSPORT:STOOD AND SAT TO BOTH STRETCHER AND BURN UNIT BURN TUB.

EVALUATION:PT HAD NO NEW COMPLAINT, PT REPORT GIVEN TO BURN UNIT NURSE ON ARRIVAL AND GAVE PAPERWORK TO HER.

## Unable to Sign:

**Unable to Sign Reason:** 1.Patient access limited due to critical condition
**Authorized Representative:** Representative of an agency or institution that did not furnish the services for which payment is claimed (i.e., ambulance services) but furnished other care, services, or assistance to the patient
**Authorized Representative Signature:**  Yes
**Secondary Documentation:**
**Secondary Documentation Signature:**  No
**Comment:**

**Auth Signature:**  No   **Privacy Sig:**  No   **Unable to Sign:**  Yes   **Refused to Sign:** No

## Signature Image(s):

| Authorization Signature | Privacy Notice Signature |
|---|---|
|  |  |