**Stewart MSJ - Exhibit M**



# Baton Rouge General

A Community of Caring™

Health Information Management
**Release of Information**
PO Box 2511
Baton Rouge, La 70821-2511
Phone (225) 381-6545          Fax (225) 381-2553

## CERTIFICATION OF MEDICAL RECORDS

DATE: 11/10/2020

### To Whom It May Concern:

This is to certify that, without exception, the attached is a true and complete copy of the medical records described in your request, subpoena, summons or court order. As the duly authorized custodian of the medical records of the patient, SHAWN BRISCOE, Date of Birth ████████ I have the authority to certify these records.

The records attached are of the following dates of treatment:

**INPATIENT STAYS:**

**OUTPATIENT STAYS:**

02/09/18          02/03/18

These records were prepared by the personnel of this facility, medical staff members, or persons acting under the control of either, in the ordinary course of business of this facility at or near the time of the act, condition or event.

_Lisa Mayyr_

**Supervisor, Health Information Management**

Case 3:19-cv-00029-SDD-SDJ   Document 51-15   02/01/22   Page 2 of 4
BRISCOE, SHAWN - 05489324 - BRG -000101061715

FEB 0 3 2018

## BATON ROUGE GENERAL
### MEDICAL CENTER
8585 PICARDY AVE
BATON ROUGE, LA 70809
(225)763-4000

REGISTRATION RECORD

| Visit ID | Patient Type | Service | Source | Admit Date / Time | Location | Medical Record Number |
|---|---|---|---|---|---|---|
| 000101061715 | OBSERVATION PATIENTS | BB - OBSERVATION | XFER from Acute Care Hosp | 02/03/2018 15:35 | BBRN 26041 Bed 01 | 05489324 |

**Patient Information**

| Patient Name and Address | Phone | Patient Employer Name and Address | Work Phone |
|---|---|---|---|
| BRISCOE, SHAWN<br>EHCC 6225 HWY 74<br><br>SAINT GABRIEL, LA 70776 | (222)642-3306 | | () - |

| Calling Name | Birth Date | Age | Gender | Marital Status | Race | Ethnicity | Religion |
|---|---|---|---|---|---|---|---|
| SHAWN | 11/08/1983 | 34Y | M | U | UNKNOWN | NOT HISPANIC OR LATINO | UNKNOWN |

| Family Physician | Attending Physician | Admitting Physician |
|---|---|---|
| REFERRING PHYSICIAN, UNKNOWN | LITTLETON, JEFFREY | LITTLETON, JEFFREY |

**Guarantor**

| Guarantor Name / Address | Phone / DOB | Guarantor Employer Info | Employer Phone |
|---|---|---|---|
| BRISCOE , SHAWN<br>EHCC 6225 HWY 74<br><br>SAINT GABRIEL, LA 70776 | (222)642-3306 | | |

**Emer. Contact**

| Emergency Contact 1 Name and Address | Phone / Relationship | Emergency Contact 2 Name and Address | Phone / Relationship |
|---|---|---|---|
| GIVEN, NONE | | | |

**Insurance Info**

| Primary Insurance Plan | Secondary Insurance Plan | Tertiary Insurance Plan |
|---|---|---|
| Insurance<br>Address<br><br>Phone<br>Insured<br>Relationship<br>Birth Date<br>Group #<br>Policy #<br>Auth. # | PRIVATE PAY - P25<br><br>(111)111-1111<br>BRISCOE, SHAWN<br>Patient is Insured<br>02/03/2018 | - | - |

**Misc**

| Fin. Class | Notice of Privacy | Advance Directive | OPT OUT | Discharge Date and Time | Date/Time Printed |
|---|---|---|---|---|---|
| P | 02/03/2018 | | | 02/03/2018 19:05 | 02/05/2018 7:47 AM |
| Occurrence Date / Time | | Arrived by | | Admitting Complaint | Admit By |
| 02/03/2018 15:35 | | AMBULANCE | | BURN | dunhatd |

## Baton Rouge General

A Community of Caring

| | | |
|---|---|---|
| Pateint: BRISCOE, SHAWN | Weight: | kgs |
| MR#: 05489324 | Age: 34Y | |
| Visit ID: 000101061715 | Sex: Male | |
| Bed: 26041 01 | DOB: | |

FINAL (SIGNED)

| History and Physical - General | DAUGHERTY, HILLARY C. |
|---|---|

**Date of Service:** 02/03/2018 15:55

**PCP:** None

**Chief Complaint:** *34-year-old male presents complaining of scald burns to the left side of face, neck, left shoulder and chest sustained earlier today February 3, 2018.*

**HPI:**
34-year-old African American male presented to OLOL at 11:30 for burns to left face, neck, and upper shoulder and back that occurred at approximately 9:00. Pt states he removed a bowl of noodles from the microwave and spilled the boiling water on himself. He had sensation and described pain 7.5/10 upon arrival.

#### Review of Systems

☒ All 13 Review of Systems are negative except as noted in HPI:
CONSTITUTIONAL: Fever and night sweats x 1 wk
HEAD: Frequent headaches; no trauma
EENT: No pain in eye, ear or throat, no nosebleed
RESPIRATORY: Unprovoked shortness of breath, dry cough x 1 wk
HEART: No chest pain or edema
ABDOMEN: No abdominal pain or nausea, vomiting, or diarrhea; bloody stools since 2014
GU: No dysuria or bleeding
MUSCULOSKELETAL: No myalgia or arthralgia
SKIN: No rash or itching
NEUROLOGIC: Weakness and numbness of bilateral LE; syncopal episode on at least 1 occasion

#### Home Medications:

HYDROcodone-acetaminophen 10 mg-325 mg, 1 tablet PO every 4 hours PRN

#### Past Medical Hx:

Acid reflux - Nexium

Migraines - last episode 1-2 months ago - Excedrin 500 mg/bid

Pt has had decreased appetitie and unintentional weight loss with fever, night sweats and dry cough for "at least 1 week."

Pt has had recurrent bloody stools since 2014. He has had lab work and imaging over the years. Cause still under investigation per pt.

#### Past Surgical Hx:

Stitches for various lacerations

#### Social History:

Resides at:  Currently in custody of EHCC pending release in 9 days.
Pt resides in St. Francisville with girlfriend.
He has a high school education and was formally a truck driver.

*Positive tobacco use one half pack per day for the past 2 years*
*No EtOH use*
*Prior marijuana use and synthetic marijuana use*

#### Family History:

Father - died of CA unknown origin
Paternal grandfather - CA uknown origin
Mother - hx of MI and HTN
Maternal grandmother - HTN
DM runs in family.

#### Allergies: No Known Drug Allergies

#### Functional Status:*Fully independent of all ADLs*

#### Immunizations:

Tetanus in 2015

#### Previous Hospitalization:

Presented to ED for heat stroke in 2007 and 2015; released after work-up

[ NAME: BRISCOE, SHAWN - MRN: 05489324 -  Printed:  Monday, February 5, 2018 8:37:35 AM - Page 1/3 ]

## Baton Rouge General

### BURN ESTIMATE AND DIAGRAM
### AGE vs AREA

Visit ID: 000101061715 MRN: 05489324
BRISCOE, SHAWN
DOB:
ATN MD: LITTLETON, JEFFREY
ADM DATE: 02/03/2018 15:35

| AREA | Birth -1 yr. | 1 - 4 yrs. | 5 - 9 yrs. | 10 - 14 yrs. | 15 yrs. | ADULT | 2° | 3° | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Head | 19 | 17 | 13 | 11 | 9 | 7 | 0.25 | | |
| Neck | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Anterior Trunk | 13 | 13 | 13 | 13 | 13 | 13 | 2 | | |
| Posterior Trunk | 13 | 13 | 13 | 13 | 13 | 13 | 1 | | |
| Right Buttock | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | | | |
| Left Buttock | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | | | |
| Genitalia | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Right Upper Arm | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Left Upper Arm | 4 | 4 | 4 | 4 | 4 | 4 | 0.25 | | |
| Right Lower Arm | 3 | 3 | 3 | 3 | 3 | 3 | | | |
| Left Lower Arm | 3 | 3 | 3 | 3 | 3 | 3 | | | |
| Right Hand | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | | | |
| Left Hand | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | | | |
| Right Thigh | 5 1/2 | 6 1/2 | 8 | 8 1/2 | 9 | 9 1/2 | | | |
| Left Thigh | 5 1/2 | 6 1/2 | 8 | 8 1/2 | 9 | 9 1/2 | | | |
| Right Leg | 5 | 5 | 5 1/2 | 6 | 6 1/2 | 7 | | | |
| Left Leg | 5 | 5 | 5 1/2 | 6 | 6 1/2 | 7 | | | |
| Right Foot | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | | | |
| Left Foot | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | | | |
| | | | | | | | | | |
| | | | | | | TOTAL | 4.6% | | |

Cause of Burn: Scald
Date of Burn: 2/3/18
Time of Burn: 1030
Age: 34
Sex: Male
Weight:

| | 1° RED |
|---|---|
| | 2° BLUE |
| | 3° BLACK |

MR-BU-1518 (Rev. 08/01)



270