# Department of Public Safety & Corrections
## State of Louisiana
### Elayn Hunt Correctional Center

Stewart MSJ - Exhibit P

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

Elayn Hunt Correctional Center
Post Office Box 174
St. Gabriel, Louisiana 70776
Telephone # (225) 319-4504

**IBERVILLE PARISH**

I hereby certify that the enclosed document is a **TRUE AND CORRECT** copy of administrative remedy **EHCC-2018-85** filed by offender **Shawn Briscoe DOC# 494036**.

Sworn to and subscribed before me on the **11th day** of **June 2018**.

Susie Krol, Master Sergeant
ARP Officer
Elayn Hunt Correctional Center

Robb R. Rochester Jr.
Attorney at Law
LA Bar Roll No. 30292

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: EHCC-2018-85
EVACUEE:
DOC #: 494036        BACKLOG:
LAST NAME: BRISCOE              FIRST NAME: SHAWN
RECORD TYPE: A     SUBJECT CODE: 0801 - FROM OTHER INMATES
INCIDENT DATE: 02/03/2018   SUBJECT TYPE :

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 02/12/2018 | 02/15/2018 | 04/16/2018 | 02-Denied |
| STEP 2: | | | | |

COMPLAINT: CLAIMS OFFENDER THREW HOT WATER AND STABBED HIM AND THE OFFICERS JUST WATCHED.
IF REJECTED REASON:

//AG/S. Briscoe v. J. Le Blanc, et al USDC MD 19-29-SDD-EWD

02/12/2018

02/12/2018

CASE NUMBER:  EHCC-2018-85

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  <u>BRISCOE, SHAWN 494036</u>                    <u>F7D</u>
                                                    Living Quarters

Response to request dated 02/15/2018, received in this office on 02/12/2018

Your complaint has been investigated. Colonel Jason Russ stated he could not find any information to corroborate your administrative remedy complaint. Sgt. Dallas Stewart is no longer employed at Elayn Hunt Correctional center and could not be interviewed.
Institutional Policy #400-A05, Sick Call and Emergency Triage states "Offenders are provided access to the health care services through Sick Call ". You have every opportunity to use this process 24 hours a day, seven days a week.
No other evidence or witnesses were found to support your allegations.
Your request for administrative remedy has been denied.

            A. W. Guerin

Prepared by: _____

_____ 4/16/18 _____          _____
                    Date                                    Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____          _____
            Date                                Offender's Signature    DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: EHCC-2018 -85

TO:   <u>SHAWN BRISCOE 494036</u>                <u>ISO RM 4</u>
      Offender's Name and Number                Living Quarters

      <u>02/03/2018</u>
      Date of Incident

X               ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                issued within 40 days of this date.

                REJECTED:  Your request has been  rejected for the following reason(s):


_____<u>02/15/2018</u>_____              _____
            Date                                Lt. Col. W. Matthews
                                            Warden's Signature or Designee

NCC-18.85

ISO Rm 4

Date of Report
02/04/2018

ARP

Date Time of incident
02/03/2018
5:35 45 AM

Dorm Fox-7 / D Dorm
Unit 2 Compound
C-Team

This is an A.R.P.

Shawn Briscoe DOC# 494036
Team C

Date: 02/03/2018
Time of incident 5

On 02/03/2018 I Offender Shawn Briscoe D.O.C 494036 Notice Staff Sgt. Stewart making round in fox 7 D Tier when she notice me And when I was released from Beaver 5 Adm. She made her rounds when she made back to my bunk she stated "OH they letting rat's live back in the dorm huh?" Don't worry before soon you're going to get yours to believe that we never exchange any words before or after she made that statement. So the rest of the Night I just watch my surroundings About 4:30 AM Breakfast was Calld to get ready for About 5 o'clock or so fox 7 was call to the kitchen for Breakfast upon returning from breakfast I return back to fox 7 D Tier and to my bunk about 5:30 AM I was sitting on my bunk talking to Another inmate when I was Approached by Offender Harris wearing a Hooded sweat shirt over his head and holding a hot extream hot cup of water in his hands. he then push me in the face with the extream hot cup of water and begain stabing me with some sort of mettel in my ARM. I then tried to get away from him as I fought I got away. I then Notice that the Staff Sgt Stewart was watching the whole thing And did Nothing. She watch from D Tier Dorm Door. With other inmates while my life was being almost taken. Another Staff Sgt Also looked in while this Atemp on my life took place An did Nothing. Offender Harris turn Away and walk to the back of the dorm becking for me to come back there so he can finish what he started. While other continue

to Move about their day, then help clean up the Area Of water And blood and explain that if I said anything there was to be no Other inmates inform the Staff Sgt that I needed Medical Attention And was turn down for their request to help. Sgt Stewart State that She wasn't Saving no Rats I got my fucking issue and thats what I get for Jetting into her bissness to take my issue and move on And to Stay out of her bissness.

I Do not know how to spill well or read good this is my best I can.

Shawn Brisco
D.O.C. #494036

Relief desire

TO Change those who were Invole in this incindent And did nothing to help Stop the Atemp on my life.

# Department of Public Safety & Corrections
## State of Louisiana
Louisiana Correctional Institute for Women



**JOHN BEL EDWARDS**
GOVERNOR

**JAMES M. LE BLANC**
SECRETARY

TO:         MSgt. S. Krol
            ARP Screening Officer

FROM:       Jason A. Russ, Colonel
            Unit 3 Assistant Manager

DATE:       April 10, 2018

**SUBJECT:   Shaen Briscoe#494036
            (ARP#EHCC-2018-85)**


I, Colonel Jason A. Russ, could not find any information to corroborate Offender Briscoe's complaint. Sgt. Dallas Stewart is no longer employed at EHCC and could not be interviewed. Offender Briscoe has been in transit to Jefferson Parish for a Court Order since February 20, 2018 and has not returned to EHCC as of Tuesday, April 10, 2018.


This is for your review and disposition.


*Jason A. Russ, Colonel*
*Unit 3 Assistant Manager*

| "C" Team | Saturday, February 03, 2018 | | | Signature: Lt. Robert Bowman | | |
|---|---|---|---|---|---|---|
| **UNIT 3** | | | | | | |
| **Position** | **#** | **Assigned** | | **Position** | **#** | **Assigned** |
| beaver 1 int. (Rec Yard) | 1 | Reduced | | Major | 1 | REDUCED |
| beaver 1 tiers | 2 | Cdt. LaPrincess Bates (F) U2 | Sgt. Sonya Wright (F) U3 | Captain | 1 | Lt. Robert Bowman (M) U3 |
| beaver 2 int. (Rec Yard) | 1 | Reduced | | lieutenant (Adm.Seg / Ext LD) | 1 | Lt. Raymond Rogers (M) U2 |
| beaver 2 tiers | 2 | Sgt. Brittany Louis (F) U3 | Cdt. Krystal Binder (F) U3 | lieutenant (HRDC) | 1 | REDUCED |
| beaver 3 int. (Rec Yard) | 1 | Reduced | | Yard Officer | 1 | Closed |
| beaver 3 tiers | 2 | Sgt. Qadriyyah Francis (F) U2 | Cdt. Tieka Jones (F) U2 | patrol (H-46) | 1 | Closed |
| beaver 4 int. (Rec Yard) | 1 | Sgt. Dana Emberton (F) U3 | | tower 14 | 1 | Sgt. Althea Noland (F) U3 |
| beaver 4 tiers | 2 | Cdt. Feran Nixon (M) U3 | Sgt. Crystal Duplessis (F) U2 | unit 3 PILL CALL (5A-515P) | 2 | Closed |
| beaver 5 int. (Rec Officer) | 1 | Sgt. Paula Breaux (F) U1D OT | | | | Closed |
| | 1 | Closed | | | | |
| beaver 5 tiers | 3 | MSgt. Aimuamwosa Igbinosun (M) U3 | Cdt. Kevin Johnson (M) U3 | Unit 3 walk | 1 | REDUCED |
| | | Sgt. Luiggi Bulacio (M) U3 | | | 1 | REDUCED |
| fox 7 | 2 | Msgt. Sharon Thomas (F) U3 | Sgt. Dallas Stewart (F) U2 | c/o building 7A-4P | 1 | Closed |
| | | Msgt. Briggette Marks (F) U3D OT 9p-6a | Cdt. Kendale Williams (F) U3 | | | |

| LEAVE | | | | |
|---|---|---|---|---|
| **Annual / K-Leave** | **B-Leave/FMLA/W-Status** | | **OTHER** | **SITDOWNS** |
| Msgt. Damion Merritt (M) LK | Msgt. Tiffany Vessel (F) FMLB | | | |
| | Msgt. Craig Johnson (M) LB | | | |
| | Sgt. Alexis Banks (F) LB | | | |
| | | | | |
| | | | | |
| | | | | VISITING |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Rollcall Topic:** | **Instructor:**
Reduction Order: Unit 2 Walk, Unit 3 Walk, Kitchen, Unit 2 Lieutenant, Unit 7 Rec Yard, Tower 12, Ext. Rec Yard

# Movement Log

| | |
|---|---|
| DOC Number | 494036 |
| Name | SHAWN BRISCOE |
| Shift | Day |
| Shift Date | 02/20/2018 |
| Authorization | TRP |
| Date | 02/20/2018 |
| Time | 08:04 AM |
| From Housing | FOX 7 TIER D |
| To Housing | FOX 7 TIER D |
| From Act. Loc. | INTRANSIT |
| To Act. Loc. | INTRANSIT |
| From Intransit | Jefferson Parish |
| To Intransit | Jefferson Parish |
| From Job Loc | 2V - BEHAVIOR MGMT DORM |
| To Job Loc | 2V - BEHAVIOR MGMT DORM |
| From Job | 6H - MAXIMUM CUST FIELD LN |
| To Job | 6H - MAXIMUM CUST FIELD LN |
| From Custody | Max |
| To Custody | Max |
| From Race | B |
| To Race | B |
| From Ed. Assignment | |
| To Ed. Assignment | |
| From Bed | |
| To Bed | |
| From Location Option | Administrative Segregation |
| To Location Option | Administrative Segregation |

**Fields for Label Print (convert back to abbreviation for formatting)**

| | |
|---|---|
| From Housing | F7D |
| To Housing | F7D |
| From Actual Location | B5A0; B5A0 |
| To Actual Location | INTRANSIT0 |



**Master Data**
12/05/2017 10:07 AM

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES - EHCC
Last updated by EHCC CONTROL CENTER on 2/20/2018 at 8:04:34 AM

| | |
|---|---|
| DOC Number | 494036 |
| Last Name | BRISCOE |
| First Name | SHAWN |
| Race | |
| Arrival Date (AU Date) | 11/22/2016 |

## Assignment

| | | | |
|---|---|---|---|
| LIVING ASSIGNMENT | FOX 7 TIER D | BED NUMBER | |
| ACTUAL LOCATION | INTRANSIT BEAVER 5 TIER A | | |
| LOCATION OPTION | Administrative Segregation | JOB Code | 2V6H |
| SEGREGATED HOUSING TYPE | Investigation Segregation - | | |
| | | JOB | BEHAVIOR MGMT DORM - MAXIMUM CUST FIELD LN |
| INTRANSIT PROGRAM ASSIGNMENT | Jefferson Parish | ESCAPE RISK SPECIAL PROGRAM(S) | |
| SECURITY LEVEL | Max | | |
| AUTHORIZATION | TRP | | |
| SCHOOL | | | |

**Mental:** No    **Parole Violator:**    **Lifer:** No    **Achievement:** No    **Orientation:** No

**GANG:**    **NICKNAME:**
**ENEMIES:**
Comments:

## Identification

| | | |
|---|---|---|
| HEIGHT | | EYE COLOR |
| WEIGHT | | HAIR COLOR |
| SHOE SIZE | | COMPLEXION |

## Evacuee Information

# ELAYN HUNT CORRECTIONAL CENTER

Institutional Policy #400-A05

Date:            May 16, 2017

Subject:         Sick Call and Emergency Triage

References:      Department Regulation: #B-06-001, HC-01
                 Institutional Policies: #400-A03, #400-AI2 and #400-A18.
                 ACA Standards: 4-4344, 4-4346 and 4-4400

---

**PURPOSE:**

To establish procedures regarding sick call and emergency triage for offenders.

**POLICY:**

It is the policy of Elayn Hunt Correctional Center that all offenders be provided access to routine health care services and/or emergency triage.

Definition:

Sick Call: is defined as the system through which an offender reports a non-emergency Illness or injury to designated health trained personnel via self-initiated request. An offender may also self-initiate a declaration to security that he requires emergency medical or mental health care.

**PROCEDURE:**

[4346] Offenders are provided access to health care services through Sick Call five days a week, excluding the day prior to holidays, for non-emergency illness or injury. Emergency triage is available 24 hours a day, seven days a week. No offender will be denied access based upon housing assignments or confinement restrictions. Daily visits by EMTs and/ or Sick Call health trained personnel are provided in all segregation units.

Sick Call:

Offenders will be given an opportunity to sign up for Sick Call in their respective housing area by completing a Request for Medical Treatment Form (HC-01-A). In designated nursing units such as the Infirmary or Hunt Special Unit the equivalent of Routine and Emergency Sick Call will be incorporated into the routine rounds and special nursing documentation specified for those units.

Institutional Policy #400-A05
May 16, 2017
Page #2

[4400] In segregation areas, the EMT / health trained personnel will walk down each tier so that offenders requesting a Sick Call encounter, may place the appropriate form between the bars. In dorms, the security officer will announce that Sick Call is available for all offenders requesting a Sick Call encounter.

Sick Call is then provided at designated areas.

Offenders presenting complaints of illness or injury will be assessed to determine disposition.

The Sick Call encounter will be documented in each offender's medical record to include, at a minimum, the following:

- Time and date;
- Offender's name and number;
- Complaint and symptoms;
- Disposition or treatment;
- Signature of health trained personnel; and
- Form to be routed to appropriate Health Care Provider.

Appropriate medical co-pay and prescription charges will be imposed (see Institutional Policy 400-A18).

Emergent mental health services are available through a triage system that includes routine and emergent referral mechanisms. Emergent services include crisis intervention and critical incident management services which will be provided to the offender population by Mental Health staff qualified in the assessment and management of suicidal, self-destructive, and acutely psychotic or distressed offenders. Mental Health staff can be contacted via the phone, pager or radio call number.

Declared Emergencies:

Any offender may inform a security officer that he believes he requires emergency evaluation and/or treatment

If the offender is within a housing area, the security officer will notify the Triage EMT / health trained personnel, either by radio or telephone, about the offender's request. The EMT / health trained personnel will then see the offender for evaluation at a determined location. The Request for Medical Treatment (HC-01-Form A) will be completed by the offender or by the EMS staff member is the offender is unable to do so.

If the offender is at his job or elsewhere outside the area, the officer will contact the EMS department. The evaluating health trained personnel will complete the Request for Medical Treatment Form.

Institutional Policy #400-A05
May 16, 2017
Page #3

Appropriate medical co-pay and prescription charges will be imposed.

[4400] Offenders housed in segregation will be seen/evaluated within 24 hours of being placed in administrative segregation.

Health Care Access:

[4344] This policy will be explained orally and in writing to all offenders upon arrival to Elayn Hunt Correctional Center. Complaints about health care are to be directed to the Assistant Warden for Health Care Services. Medical staff will ascertain that offenders with communication problems will be advised through appropriate methods how to access medical services.

This policy supersedes Institutional Policy #400-A05, dated October 25, 2010.


Tim Hooper                                    Dr. Preety Singh
Warden                                        Health Care Authority