# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN BRISCOE<br><br>    Plaintiff,<br>v.<br><br>JAMES LeBLANC, *et al.*<br><br>    Defendants. | Case No. 19-cv-00029-SDD-EWD |

## CONSENT MOTION TO SET STATUS CONFERENCE TO AMEND SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff Shawn Briscoe who, with consent of Defendant Dallas Stewart, moves this Court to set a status conference for the purpose of amending its scheduling order.

This court issued a scheduling order on October 3, 2022, which set a three-day, non-jury trial to start February 13, 2023, as well as several pretrial deadlines. R. Doc. 62. However, Plaintiff's counsel will be engaged in a three-week trial in Judge John W. deGravelles' courtroom from January 30, 2023, through February 17, 2023, and so is unavailable at that time.

WHEREFORE, Plaintiff Shawn Briscoe requests that this Court set a status conference for the purpose of rescheduling the deadlines in the recent scheduling order.

                Respectfully submitted,
                /s/ David Lanser
                David Lanser, La. Bar No. 37764
                William Most, La. Bar No. 36914
                Most & Associates
                201 St. Charles Ave., Ste. 114, #101
                New Orleans, LA 70170
                (504) 533-4521
                David.lanser@gmail.com