Case 3:19-cv-00029-SDD-SDJ   Document 69-11   05/11/23   Page 1 of 1
Stewart MSJ - Exhibit I   271

OFFICER NAME: CDT. WILLIAMS        SHIFT: Unit 3 (C)

DATE: FEB 3, 2018        FEMALE ON DUTY

| TIME | OFFICER ENTRY |
|---|---|
| 4:17 | Martin (LT) (LT) Roger entered Fox 7 for Chow |
| 4:30 | LT Martin & LT Roger exit Fox 7 headed to Chow |
| 5:00 | CC cleared count |
| 5:05 | Fox 7 back from Chow |
| 5:12 | Conducted count w/ Sgt Stewart, M/Sgt Thomas |
| 5:35 | Fire Alarms set off in Fox 7 |
| 5:40 | Pill Pass / cell |
| 5:53 | Fire Alarms were Reset |
| 5:53A | Actg Capt Br___ ___ ___ Lt Martin |
| 6:10 | I CDT Williams have property relieved of all duties and equipment |
| 6:12 AM / 6:12 A | 2/3/18 Female On Duty Sgt Noura has properly relieved CDT Williams of all duties and equipment properly. 1 Set of Keys (1 ct.) 1 Broken Beeper #537, 1 Log Book, 1 Bed Book, 1 First Aid Kit w/ Safety Seal, 3 First Aid Kit w/ Safety Seals w/ pin in place exp. date 4-2018, 1 Mag Lite (Not Working), 1 Telephone, Microwave Oven, 1 Window, 1 Desk, 2 Flash lights, 1 Blk. Ink Pad, 1 Kb Cards, 1 Security Manual & 1 Set of Post Orders which I have read & understood. Sgt Noura |
| 6:20 A | Made Rounds All Secure |
| 6:25 A | Beeper Check cleared w/ co ____ |
| 7:05 A | Made Rounds All Secure |
| 7:28 A | M/Sgt Thomas exit, Sgt Butler relieved her |
| 8:10 A | Made Rounds All Secure |
| 8:35 A | Made Rounds All Secure |