**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHAWN BRISCOE,** | * |
| *Plaintiff* | *    Civil Action No. 19-00029 |
| | * |
| v. | *    **JUDGE SHELLY D. DICK** |
| | * |
| **JAMES LeBLANC, TIMOTHY** | *    **MAGISTRATE JUDGE** |
| **HOOPER, DALLAS STEWART,** | *    **ERIN WILDER-DOOMS** |
| **AND KENDALA WILLIAMS** | * |
| *Defendants* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE JURY DEMAND OUT OF TIME</u>**

**COMES NOW**, through the undersigned counsel, defendant, Dallas Stewart, who in support of the Motion for Leave to File Jury Demand Out of Time, submits as follows:

This matter is set for a bench trial beginning July 10, 2023. The Office of Risk Management (ORM) is handling the defense of this matter and their billing guidelines and case handling procedures require that defense counsel obtain prior authority to waive a jury trial. The undersigned erroneously neglected to seek prior approval due to misunderstanding on her part and ORM is requesting that we seek leave to file a jury demand out of time and for this matter to be converted to a jury trial to avoid undue prejudice. A copy of the proposed order and proposed jury demand have been filed contemporaneously herewith. Undersigned counsel has contacted Mr. Dave Lanser, Esq., counsel for Plaintiff, who opposes this Motion.

**WHEREFORE**, Defendant, Dallas Stewart, prays that this Motion for Leave to File a Jury Demand out of time and for this matter to converted to a jury trial.

**Respectfully submitted**, this the 24th day of May, 2023

        **JEFF LANDRY**
        **ATTORNEY GENERAL FOR**
        **THE STATE OF LOUISIANA**

**BY:**    */s/ Melissa S. Losch*
        **ALEJANDRO "AL" PERKINS (#30288)**
        **Email: aperkins@hamsil.com**
        **MELISSA S. LOSCH, T.A. (#26811)**
        **Email: mloschl@hamsil.com**
        **JOHN R. BLANCHARD (#37036)**
        **Email: jblanchard@hamsil.com**
        **SPECIAL ASSISTANT ATTORNEY GENERAL**
        **HAMMONDS, SILLS, ADKINS AND GUICE**
        2431 S. Acadian Thruway, Suite 600
        Baton Rouge, Louisiana 70808
        Telephone (225) 923-3462
        Facsimile   (225) 923-0315

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing **MEMORANDUM has** been filed via electronic transmission to the Clerk of Court by use of the CM/ECF system, which will send a notice of electronic filing to counsel registered with the Court for receipt of pleadings by e-mail.

**SO CERTIFIED**, this the 24th day of May, 2023

*/s/ Melissa S. Losch*
**MELISSA S. LOSCH**
