On the date of February 3rd 2019 at approximately 5:35AM, I Sgt Stewart heard the noise of a locker boy on Dter fox 7, when I approached the Dter door I observed offenders standing around talking I saw no foul play in which I proceeded to walk off. Had their have been an idication of a aftercution, like any incident it would have been reported

D Stewart

**Exhibit R**