UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN BRISCOE | )<br>)<br>) |
| Plaintiff, | ) Case No. 19-cv-00029-SDD-EWD |
| v. | )<br>) |
| JAMES LeBLANC, *et al.* | )<br>) |
| Defendants. | )<br>) |

**ORDER ON EX PARTE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE ATTENDANCE AT TRIAL OF PLAINTIFF SHAWN BRISCOE**

Considering the forgoing *Ex Parte Motion for Writ of Habeas Corpus Ad Testificandum for the Attendance at Trial of Plaintiff Shawn Briscoe*,

IT IS HEREBY ORDERED that the Warden of B.B. Rayburn Correctional Center in Angie, Louisiana, Travis Day, shall produce Shawn Briscoe (DOC No. 00494036) for trial before Judge Shelly D. Dick scheduled to begin at 9:30 a.m. on July 10, 2023, in the Middle District of Louisiana and on each day thereafter until trial has concluded.

Signed this  26th  day of    June    , 2023, in Baton Rouge, Louisiana.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

USM- Certified