UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHAWN BRISCOE                                                                    CIVIL ACTION

VERSUS                                                                                   NO. 19-029-SDD-SDJ

JAMES LEBLANC, ET AL

TAXATION OF COSTS

Judgment was entered in this matter on July 21, 2023, in favor of the plaintiff, Shawn Briscoe, and against the defendant, Dallas Stewart. A Motion for Attorney Fees and Costs was filed by the plaintiff on August 13, 2023, and the defendant filed an opposition on September 5, 2023. On March 18, 2024, the District Judge ruled on the Motion and referred the matter of costs to the Clerk of Court.

Costs in the amount of $402.00 are hereby taxed against the defendant as follows:

**Fees of the Clerk**                                                                                          $402.00

**Costs Not Allowed**

**Fees for Transcripts**

| | |
|---|---|
| 08/07/2023 – Transcript for Hearing | $93.50 |
| 04/22/2023 – Payment for Deposition Transcript of Briscoe | $484.05 |
| 07/10/2020 – 30b6 Deposition to Southern Court Reporters | $578.40 |
| 08/26/2020 – Deposition of Dallas Stewart | $868.80 |

These costs are not supported by sufficient documentation to permit taxation pursuant to Local Rule 54(c).

**Fees for Service of Summons and Subpoenas**

| | |
|---|---:|
| Special legal research fee for quantum analysis | $19.95 |
| Service of Kirt Guerin | $327.00 |

These costs are not supported by sufficient documentation to permit taxation pursuant to Local Rule 54(c).

**Other Costs**

| | |
|---|---:|
| Travel to JPCC to meet with Shawn Briscoe | $9.00 |
| Securus call with Shawn Briscoe | $13.44 |
| Post Trial Meal | $16.91 |
| Trial Meal | $36.78 |
| Hotel for Trial | $286.92 |
| Overnight parking for Trial | $25.99 |
| Mileage (352.4 miles at .655 per mile) | $230.82 |

These fees are seen as an expense of counsel and not taxable under 28 U.S.C. §1920.

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, the above determination may be reviewed by the Court, provided a Motion to Review is filed within **seven (7) days** from receipt of this Taxation of Costs.

Baton Rouge, Louisiana, July 8, 2024

Michael L. McConnell, Clerk of Court

By *Nicole' L. Toups*
Deputy Clerk